# Exhibit A


12:57
(757) 250-7690
Tuesday, Dec 23 • 8:43 AM
Texting with (757) 250-7690 (SMS/MMS)
We are a debt collector.
This message is from Spring Oaks Capital, LLC.
We are committed to your success. We have options to help you pay off the debt on your account. Pay off the
Text message

12:57

(757) 250-7690

We are committed to your success. We have options to help you pay off the debt on your account. Pay off the balance of your account with payments of $94.26 per month for 40 months.

To set up a payment plan, visit springoaks.co/s/P8L4kW?utm_term=XzIYtCSAWh. You can also reply to this text or call 833-418-3083 to get in contact with one of our friendly representatives. We have agents ready to respond during normal business hours.

This message is regarding your LendingClub account originated by WEBBANK, which is now owned by Spring Oaks Capital SPV, LLC. We are here to support your progress towards paying off your debt.

Text message